## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: ) | |
| ) | Voluntary Chapter 11 |
| KISMIF PROPERTIES, L.L.C. ) | |
| ) | Case No. 08-83068 |
| Debtor. ) | |

## MOTION TO WITHDRAW AS ATTORNEY

COMES NOW Jenna B. Taub, of Robert F. Craig PC, attorney for Debtor, and pursuant to NEGenR 1.3(f) requests this Court to allow the withdrawal of Jenna B. Taub as counsel for Debtor and remove her from the Court's electronic mail system in this matter. In support of this Motion, the undersigned states:

1. The undersigned is leaving Robert F. Craig, P.C.; and

2. Robert F. Craig will continue as counsel for the Debtor.

Dated this 30th Day of September, 2009

BY:  _/s/ Jenna B. Taub_
Robert F. Craig, P.C.
Robert F. Craig (NE # 10819)
Jenna B. Taub (NE #22725)
1321 Jones Street
Omaha, NE 68102
Phone (402) 408-6000

## NOTICE OF RESISTANCE DEADLINE

COMES NOW Jenna B. Taub, and hereby provides notice that she has filed a Motion to Withdraw as Attorney (the "Motion").

Pursuant to Neb. R. Bankr. P. 9013-1, parties in interest are hereby notified that they until October 20, 2009 in which to file a written objection to the Motion. Any resistance must state with specificity the legal and factual basis for the resistance and a copy must be sent to the undersigned attorneys. If no objection is filed by this deadline the subject Motion may be approved by the Court without a hearing.

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2009 I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following:

James B. Cavanagh on behalf of Creditor Mutual of Omaha Bank
cgrennell@liebenlaw.com, jcavanagh@liebenlaw.com;bfullner@liebenlaw.com

Robert F. Craig on behalf of Debtor KISMIF Properties, LLC
robert@craiglaw.org, maryann@craiglaw.org

Patricia Fahey
ustpregion13.om.ecf@usdoj.gov

Brittney J. Fullner on behalf of Creditor Mutual of Omaha Bank
bfullner@liebenlaw.com, cgrennell@liebenlaw.com

David Grant Hicks on behalf of Creditor Thomas & Sandra Landsperger
dhickslaw@aol.com, doyiacarpenter@myway.com;brenda_legal7@yahoo.com

Shaun M. James on behalf of Creditor Arbor Bank
sjames@smithgardnerslusky.com, lrogers@smithgardnerslusky.com

Jerry L. Jensen on behalf of U.S. Trustee Patricia Fahey
Jerry.L.Jensen@usdoj.gov

Brian S. Kruse on behalf of Creditor Educational Certificate Partners, Inc.
bkruse@remboltludtke.com

Clay M. Rogers on behalf of Creditor Arbor Bank
crogers@dwyersmith.com

Jenna B. Taub on behalf of Debtor KISMIF Properties, LLC
jenna@craiglaw.org, maryann@craiglaw.org

  And I hereby do certify that I have mailed the document by United States Postal Service to the following non-CM/ECF participants:

              */s/ Maryann Allen*
              Maryann Allen