CASE NAME: In re KISMIF PROPERTIES LLC  
CASE NUMBER: 08-83068

MONTHLY OPERATING REPORTS  
COMPARATIVE BALANCE SHEETS

FORM OPR-1A

| ASSETS | PETITION DATE 11/26/2008 | MONTH ENDING 5/31/2009 | MONTH ENDING 6/30/2009 | MONTH ENDING 7/31/2009 | MONTH ENDING 8/31/2009 | MONTH ENDING 9/30/2009 | MONTH ENDING 10/31/2009 |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 7 | 5,479 | 3,975 | 1,313 | 778 | 2,456 | 4,896 |
| Accounts Receivable, Net (Sched. A) | | 0 | 0 | 0 | 0 | 0 | 0 |
| Inventory, At Lower Of Cost Or Market | | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses | | 0 | 0 | 0 | 0 | 0 | 0 |
| Other - Certificate of Deposit | 5,248 | 5,248 | 5,248 | 5,248 | 5,248 | 5,248 | 5,248 |
| Total Current Assets | 5,255 | 10,727 | 9,223 | 6,561 | 6,026 | 7,704 | 10,144 |
| PROPERTY, PLANT & EQUIPMENT (Sched. B) | 852,500 | 852,500 | 852,500 | 852,500 | 852,500 | 852,500 | 852,500 |
| Less Accumulated Depreciation | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Property | 852,500 | 852,500 | 852,500 | 852,500 | 852,500 | 852,500 | 852,500 |
| **OTHER ASSETS (Describe)** | | | | | | | |
| Total Other Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL ASSETS** | 857,755 | 863,227 | 861,723 | 859,061 | 858,526 | 860,204 | 862,644 |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING AMENDED OPERATING REPORTS, CONSISTING OF _12 PAGES ARE TRUE AND CORRECT.

Date submitted___11/17/09_____    Signed____/s/ William C Stanek_____    _____William C Stanek_____  
(Printed name of signatory)

CASE NAME: In re KISMIF PROPERTIES LLC  
CASE NUMBER: 08-83068  

MONTHLY OPERATING REPORTS  
COMPARATIVE BALANCE SHEETS

| LIABILITIES & STOCKHOLDERS' EQUITY | PETITION DATE 11/26/2008 | MONTH ENDING 5/31/2009 | MONTH ENDING 6/30/2009 | MONTH ENDING 7/31/2009 | MONTH ENDING 8/31/2009 | MONTH ENDING 9/30/2009 | MONTH ENDING 10/31/2009 |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| Post Petition Liabilities (Sched. C) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pre Petition Liabilities | | | | | | | |
| Notes Payable - Secured | 2,369,773 | 2,352,836 | 2,348,549 | 2,344,762 | 2,341,375 | 2,335,988 | 2,331,600 |
| Priority Debt | 32,471 | 32,471 | 32,471 | 32,471 | 32,471 | 32,471 | 32,471 |
| Unsecured Debt | 2,028 | 2,028 | 2,028 | 2,028 | 2,028 | 2,028 | 2,028 |
| Other | | | | | | | |
| Total Pre Petition Liabilities | 2,404,271 | 2,387,335 | 2,383,048 | 2,379,261 | 2,375,874 | 2,370,486 | 2,366,099 |
| **Total Liabilities** | 2,404,271 | 2,387,335 | 2,383,048 | 2,379,261 | 2,375,874 | 2,370,486 | 2,366,099 |
| **EQUITY** | | | | | | | |
| Preferred Stock | 0 | | | | | | |
| Common Stock | 0 | | | | | | |
| Paid-In Capital | 0 | | | | | | |
| Member's Equity | (1,546,516) | (1,546,516) | (1,546,516) | (1,546,516) | (1,546,516) | (1,546,516) | (1,546,516) |
| Through Filing Date | 0 | 0 | 0 | 0 | 0 | | |
| Post Filing Date | 0 | 0 | 0 | 0 | 0 | | |
| Total Current Earnings (11/26/08 - Present) | 0 | 22,408 | 25,191 | 26,316 | 29,168 | 36,234 | 0 |
| Less Treasury Stock | 0 | 0 | 0 | 0 | | | |
| **Total Equity** | (1,546,516) | (1,524,108) | (1,521,325) | (1,520,200) | (1,517,348) | (1,510,282) | (1,546,516) |
| **TOTAL LIABILITIES & EQUITY** | 857,755 | 863,227 | 861,723 | 859,061 | 858,526 | 860,204 | 819,583 |

CASE NAME: In re KISMIF PROPERTIES LLC  
CASE NUMBER: 08-83068

FORM OPR-2

STATEMENT OF INCOME (LOSS)

| | MONTH ENDING THRU 5/31/09 | MONTH ENDING 6/30/2009 | MONTH ENDING 7/31/2009 | MONTH ENDING 8/31/2009 | MONTH ENDING 9/30/2009 | MONTH ENDING 10/31/2009 | YEAR TO DATE 10/31/2009 |
|---|---|---|---|---|---|---|---|
| NET REVENUE (INCOME) | 39,915 | 6,671 | 6,050 | 4,375 | 8,090 | 8,825 | 73,925 |
| COST OF GOODS SOLD | | | | | | | |
| Materials | | | | | | | |
| Labor - Direct | | | | | | | |
| Manufacturing Overhead | | | | | | | |
| Total Cost of Goods Sold | | | | | | | |
| GROSS PROFIT | 39,915 | 6,671 | 6,050 | 4,375 | 8,090 | 8,825 | 73,925 |
| OPERATING EXPENSES | | | | | | | |
| Selling & Marketing | | | | | | | |
| Salaries | | | | | | | |
| Property Tax | 0 | 0 | 2,181 | 0 | 0 | 0 | |
| Property Insurance | 3,361 | 1,739 | 295 | 295 | 294 | 293 | 6,277 |
| Other - Maintenance and Supplies | 12,179 | 2,148 | 1,799 | 1,228 | 731 | 1,705 | 19,790 |
| Other - Maintenance and Supplies for WCS | 981 | 0 | 0 | 0 | 0 | 0 | 981 |
| Total Operating Expenses | 16,522 | 3,888 | 4,275 | 1,523 | 1,025 | 1,998 | 29,229 |
| OTHER EXPENSES | | | | | | | |
| Quarterly Fees | 975 | 0 | 650 | 0 | 0 | 0 | 1,625 |
| Biennial Report Fee For LLC (Sec of State) | 10 | 0 | 0 | 0 | 0 | 0 | 10 |
| Depreciation | | | | | | | |
| Interest | | | | | | | |
| Attorney's Fees | | | | | | | |
| Other Professional Fees | | | | | | | |
| Total Other Expenses | 985 | 0 | 650 | 0 | 0 | 0 | 1,635 |
| Total Expenses | 17,507 | 3,888 | 4,925 | 1,523 | 1,025 | 1,998 | 30,864 |
| NET INCOME (LOSS) | 22,408 | 2,783 | 1,125 | 2,852 | 7,065 | 6,827 | 43,061 |

CASE NAME: In re KISMIF PROPERTIES LLC  
CASE NUMBER: 08-83068  

STATEMENT OF SOURCE AND USE OF CASH  

FORM OPR-3

| | MONTH ENDING THRU 5/31/09 | MONTH ENDING 6/30/2009 | MONTH ENDING 7/31/2009 | MONTH ENDING 8/31/2009 | MONTH ENDING 9/30/2009 | MONTH ENDING 10/31/2009 | YEAR TO DATE 10/31/2009 |
|---|---|---|---|---|---|---|---|
| **CASH DIFFERENCE** | | | | | | | |
| Current Ending Cash Balance | 28,981 | 3,975 | 1,313 | 778 | 2,456 | 4,896 | 42,399 |
| Less Ending Prior Month Balance | 23509.14 | 5479.13 | 3974.88 | 1313.01 | 777.78 | 2455.78 | 37,510 |
| NET CASH INCREASE(DECREASE) | 5,472.15 | -1,504.25 | -2,661.87 | -535.23 | 1,678.00 | 2,440.08 | 4,888.88 |
| **SOURCES OF CASH** | | | | | | | |
| Income (Loss) From Operations | 22,408 | 2,783 | 1,125 | 2,852 | 7,065 | 6,827 | 43,061 |
| Add: Non-cash items (Depr. & Amort.) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cash Generated From Operations | 22,408 | 2,783 | 1,125 | 2,852 | 7,065 | 6,827 | 43,061 |
| Add: Decrease in Assets | | | | | | | |
| Accounts Receivable | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inventory | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Property, Plant & Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Current Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Increase in Liabilities: | | | | | | | |
| Post Petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pre Petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL SOURCES OF CASH | 22,408 | 2,783 | 1,125 | 2,852 | 7,065 | 6,827 | 43,061 |
| **USE OF CASH** | | | | | | | |
| Subtract: Increase in Assets | | | | | | | |
| Accounts Receivable | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inventory | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Property, Plant & Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Current Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Decrease in Liabilities: | | | | | | | |
| Post Petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pre Petition Liabilities | 16,936 | 4,287 | 3,787 | 3,387 | 5,387 | 4,387 | 38,172 |
| TOTAL USE OF CASH | 16936.2 | 4287.24 | 3787.24 | 3387.24 | 5387.24 | 4387.24 | 38,172 |
| NET CASH INCREASE (DECREASE) | 5471.75 | -1504.25 | -2661.87 | -535.23 | 1678.00 | 2440.08 | 4,888.48 |

CASE NAME: In re KISMIF PROPERTIES LLC
CASE NUMBER: 08-83068          SCHEDULE OF ACCOUNTS RECEIVABLE AGING          SCHEDULE A

| | | TOTAL ACCOUNTS RECEIVABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|---|---|---|
| Date of Filing: | 11/26/2008 | 0 | 0 | 0 | 0 | 0 | 0 |
| % of Total | | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: | 5/31/2009 | 0 | | | | 0 | 0 |
| % of Total | | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: | 6/30/2009 | 0 | 0 | 0 | 0 | 0 | 0 |
| % of Total | | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: | 7/31/2009 | _____ | 0 | 0 | 0 | 0 | 0 |
| % of Total | | 100% | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! |
| Month: | 8/31/2009 | _____ | 0 | 0 | 0 | 0 | 0 |
| % of Total | | 100% | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! |
| Month: | 9/30/2009 | _____ | 0 | 0 | 0 | 0 | 0 |
| % of Total | | 100% | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! |
| Month: | 10/31/2009 | _____ | 0 | 0 | 0 | 0 | 0 |
| % of Total | | 100% | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! |

CASE NAME: In re KISMIF PROPERTIES LLC  
CASE NUMBER: 08-83068

SCHEDULE OF FIXED ASSETS — SCHEDULE B

| | FILING DATE 11/26/2008 | MONTH 6/30/2009 | MONTH 7/31/2009 | MONTH 8/31/2009 | MONTH 9/30/2009 | MONTH 10/31/2009 |
|---|---|---|---|---|---|---|
| **FIXED ASSETS:** | | | | | | |
| Buildings | | 852,500 | 852,500 | 852,500 | 852,500 | 852,500 |
| Land | | | | | | |
| Improvements | | | | | | |
| Office Furniture | | | | | | |
| Office Equipment | | | | | | |
| Computer Equipment | | | | | | |
| Shop Machinery | | | | | | |
| Shop Equipment | | | | | | |
| Automobiles | | | | | | |
| Vans | | | | | | |
| Trucks | | | | | | |
| Trailers | | | | | | |
| Heavy Equipment | | | | | | |
| Other Vehicles | | | | | | |
| Major Tools | | | | | | |
| Boat & Airplane | | | | | | |
| Warehouse Equipment | | | | | | |
| Other | | | | | | |

Fair market valuation in progress  
This valuation represents book value.

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL FIXED ASSETS** | 0 | 852,500 | 852,500 | 852,500 | 852,500 | 852,500 | 852,500 |

CASE NAME: In re KISMIF PROPERTIES LLC         SCHEDULE OF POST PETITION DEBT         SCHEDULE C
CASE NUMBER: 08-83068

| | MONTH 12/31/2008 | MONTH 6/30/2009 | MONTH 7/31/2009 | MONTH 8/31/2009 | MONTH 9/30/2009 | MONTH 10/31/2009 |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | | | | | | |
| TAXES PAYABLE: | | | | | | |
| Federal Payroll Taxes | 0 | | | | | |
| State Payroll Taxes | 0 | | | | | |
| State Sales Taxes | 0 | | | | | |
| Local Payroll Taxes | 0 | | | | | |
| Real Estate & Pers. Prop. Taxes | | | | | | |
| Other: | | | | | | |
| TOTAL TAXES PAYABLE | 0 | 0 | 0 | 0 | 0 | 0 |
| OTHER LIABILITIES: | 0 | | | | | |
| Post Petition Secured Debt | | | | | | |
| Accrued Interest Payable | | | | | | |
| Other Accrued Liabilities | | | | | | |
| TOTAL OTHER LIABILITIES | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL POST PETITION DEBT | 0 | 0 | 0 | 0 | 0 | 0 |

CASE NAME: In re KISMIF PROPERTIES LLC  (revised 3-94)
CASE NUMBER: 08-83068  Schedule D
Page 1 of 2

## SUMMARY OF SIGNIFICANT ITEMS
### Month of OCTOBER

### 1. Insurance Coverage

| | Carrier/<br>agent<br>Name | Amount<br>of<br>Coverage | Policy<br>Expiration<br>Date | Premium<br>Paid thru<br>Date |
|---|---|---|---|---|
| Workers' Compensation | | 0 | | |
| General Liability | | 0 | | |
| Excess Liability | | 0 | | |
| Fire & Extended Coverage | | 0 | | |
| Vehicle Liability | | 0 | | |
| Vehicle Collision | | 0 | | |
| Theft | | 0 | | |
| Other(specify) | | 0 | | |

Certificate of Insurance Attached

### 2. Statement of Payments of Secured Creditors
(list all payments made to secured creditors during the month & the purpose
for such payment, i.e. Court ordered adequate protection cash collateral payments)

| Payee | Description | Amount Paid<br>this Month | Total Paid<br>Post petition |
|---|---|---|---|
| Commercial State Bank | Loan Payment per<br>Cash Collateral Agreement | 2,100 | 15,300 |
| Mutual of Omaha Bank | Loan Payment per<br>Cash Collateral Agreement | 2,287 | 22,872 |

### 3. Tax Payments Made This Month (Not Accruals) (attach copies of tax receipts or checks)

| | Date<br>Paid | Amount<br>Paid | Post Petition Taxes<br>Still Unpaid(agrees to Sch. C) |
|---|---|---|---|
| Federal Payroll W/H Taxes | | | |
| Federal Payroll W/H Taxes | | | |
| Federal Payroll W/H Taxes | | | |
| Federal Payroll W/H Taxes | | | |
| Fed. Unemployment Taxes | | | |
| State Payroll W/H Taxes | | | |
| State Unemployment Taxes | | | |
| State Sales & Use Taxes | | | |
| Property Taxes | | | |
| Other | | | |

CASE NAME: In re KISMIF PROPERTIES LLC
CASE NUMBER: 08-83068

revised 10-96
Schedule D
Page 2 of 2

## SUMMARY OF SIGNIFICANT ITEMS
Month of OCTOBER

### 4. Compensation Payments Made This Month (Not Accruals)
(List all payments made to owners of proprietorships; partners of partnerships; officers, directors and shareholders of corporations)

| Name | Amount | Date of Court Order Authorizing Payment |
|---|---|---|

NONE

### 5. Payments Made This Month To Professionals (Not Accruals)

| Professional | Amount | Date of Court Order Authorizing Payment |
|---|---|---|
| Attorney(s) | | |
| Accountant(s) | | |
| Management Co.(s) | | |
| Appraiser(s) | | |
| Other (specify) | | |

### 6. Record of Disbursement and Payment of Quarterly Fees

| Period Ending | *Total Disbursements | Quarterly Totals | Quarterly Fee ** | Date Paid | Amount Paid | Check Number |
|---|---|---|---|---|---|---|
| January-09 | $ 7,912 | | | | | |
| February-09 | $ 6,691 | | | | | |
| March-09 | $ 8,714 | 23,318 | $ 650 | 4/28/2009 | $ 650 | $ 21 |
| April-09 | $ 4,324 | | | | | |
| May-09 | $ 4,905 | | | | | |
| June-09 | $ 8,175 | 17,404 | 650 | 7/27/2009 | 650 | 39 |
| July-09 | $ 8,062 | | | | | |
| August-09 | $ 4,910 | | | | | |
| September-09 | $ 6,412 | 19,384 | 650 | 11/1/2009 | 650 | 3215 |
| October-09 | $ 6,385 | | | | | |
| November-09 | $ - | | | | | |
| December-09 | $ - | | | | | |

* Each month list the total money spent for all purposes. At the end of the quarter, add the monthly totals. This is the amount used to compute the quarterly fee due the U.S. Trustee, from the table below.

Case Name:     KISMIF Properties LLC              Case No. 08-83068

Month: OCT 2009

## BANK RECONCILIATION

| | | | |
|---|---|---|---|
| Begin Check Book Balance | $ 2,455.78 | Bank Statement Balance 10/31/09 | $ 4,895.86 |
| September Increase (Decrease) | $ 2,440.08 | Outstanding Checks | $   - |
| End Check Book Balance | **$ 4,895.86** | | **$ 4,895.86** |

LIST OF O/S CHECKS

TOTAL  $   -



**SECURITY NATIONAL BANK**
Member FDIC
P.O. Box 31400
Omaha, Nebraska 68131-0400
402-344-7300
www.snbconnect.com

```
                                                              PAGE:      1
                              ACCOUNT:        XXXXXX6460   10/30/2009
                              DOCUMENTS:             16
```

```
            KISMIF PROPERTIES LLC                              30-0
            1321 JONES ST                                         7
            OMAHA NE   68102-3233                                 9
```

```
================================================================================
****************************************************************************
*  NOTICE:   THE UNLAWFUL INTERNET GAMBLING ENFORCEMENT ACT OF 2006 (ACT),*
*   A U.S. FEDERAL LAW, PROHIBITS SECURITY NATIONAL BANK FROM PROCESSING  *
*      RESTRICTED TRANSACTIONS BY ANY PERSON ENGAGED IN THE BUSINESS OF   *
*        BETTING OR WAGERING ON UNLAWFUL INTERNET GAMBLING.  RESTRICTED   *
*      TRANSACTIONS MAY INCLUDE, BUT ARE NOT LIMITED TO, THOSE IN WHICH   *
*     CREDIT, ELECTRONIC FUND TRANSFERS, CHECKS, OR DRAFTS ARE KNOWINGLY  *
*    ACCEPTED BY GAMBLING BUSINESSES.  WE PROVIDE THIS NOTICE TO COMPLY   *
*          WITH U.S. GOVERNMENT REGULATIONS IMPLEMENTING THE ACT          *
****************************************************************************

================================================================================
                     SMALL BUSINESS ACCOUNT XXXXXX6460
================================================================================

                              LAST STATEMENT 09/30/09     2,455.78
                                         7 CREDITS        8,825.00
                                        12 DEBITS         6,384.92
                              THIS STATEMENT 10/30/09     4,895.86

            - - - - - - - - - DEPOSITS - - - - - - - - - -
REF #.....DATE......AMOUNT  REF #.....DATE......AMOUNT  REF #.....DATE......AMOUNT
        10/01     3,700.00          10/13       385.00          10/30       915.00
        10/02     1,310.00          10/13       890.00
        10/06     1,385.00          10/26       240.00

            - - - - - - - - - CHECKS - - - - - - - - - -
CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT
       *10/13       700.00   3209 10/05        12.08    3212 10/16      2,100.00
   3207 10/06     2,287.24   3210 10/19       178.00    3213 10/21        119.85
   3208 10/06        40.00   3211 10/19       115.00    3214 10/29        119.84

 (*) INDICATES A GAP IN CHECK NUMBER SEQUENCE
                    * * *  C O N T I N U E D  * * *
```

THE FINANCE CHARGE IS COMPUTED ON THE PRINCIPAL BALANCE EACH DAY BY APPLICATION OF THE DAILY PERIODIC RATE.   **NOTICE:** SEE REVERSE SIDE FOR IMPORTANT INFORMATION.



**SECURITY NATIONAL BANK**
Member FDIC
P.O. Box 31400
Omaha, Nebraska 68131-0400
402-344-7300
www.snbconnect.com

```
                                                               PAGE:       2
                              ACCOUNT:      XXXXXX6460    10/30/2009
                              DOCUMENTS:             16
```

## KISMIF PROPERTIES LLC

===============================================================================
### SMALL BUSINESS ACCOUNT XXXXXX6460
===============================================================================

```
         - - - - - - - - - OTHER DEBITS - - - - - - - - -
DESCRIPTION                                              DATE         AMOUNT
60160 POS DDA W/D METROPOLITAN UTILI OMAHA NE US         10/14         66.28
   928628286230
23930 POS DDA W/D OPPD - ENERGY PLAZ 402-5364131 NE US   10/14        112.19
   928626286226
35630 POS DDA W/D MIDWEST WOODWORKER 402-3305444 NE US   10/26        534.44
   929720297269

         - - - - - - - - DAILY BALANCE - - - - - - - -
DATE...........BALANCE    DATE...........BALANCE    DATE...........BALANCE
10/01         6,155.78    10/13         7,086.46    10/21         4,395.14
10/02         7,465.78    10/14         6,907.99    10/26         4,100.70
10/05         7,453.70    10/16         4,807.99    10/29         3,980.86
10/06         6,511.46    10/19         4,514.99    10/30         4,895.86
```

THE FINANCE CHARGE IS COMPUTED ON THE PRINCIPAL BALANCE EACH DAY BY APPLICATION OF THE DAILY PERIODIC RATE.   **NOTICE:** SEE REVERSE SIDE FOR IMPORTANT INFORMATION.