CASE NAME: In re KISMIF PROPERTIES LLC  
CASE NUMBER: 08-83068

MONTHLY OPERATING REPORTS  
COMPARATIVE BALANCE SHEETS

FORM OPR-1A

| ASSETS | PETITION DATE 11/26/2008 | MONTH ENDING 1/31/2010 | MONTH ENDING 2/28/2010 | MONTH ENDING 3/31/2010 | MONTH ENDING 4/30/2010 | MONTH ENDING 5/31/2010 | MONTH ENDING 6/30/2010 |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 7 | | | | | | |
| Accounts Receivable, Net (Sched. A) | | | | | | | |
| Inventory, At Lower Of Cost Or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Other - Certificate of Deposit | 5,248 | | | | | | |
| Total Current Assets | 5,255 | | | | | | |
| **PROPERTY, PLANT & EQUIPMENT (Sched. B)** | 852,500 | | | | | | |
| Less Accumulated Depreciation | 0 | | | | | | |
| Net Property | 852,500 | | | | | | |
| **OTHER ASSETS (Describe)** | | | | | | | |
| Total Other Assets | 0 | | | | | | |
| **TOTAL ASSETS** | 857,755 | | | | | | |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING AMENDED OPERATING REPORTS, CONSISTING OF 11 PAGES ARE TRUE AND CORRECT.

Date submitted 5-13-10   Signed WCStanek   William C Stanek   William C Stanek  
(Printed name of signatory)

Case 08-83068-TJM    Doc 104    Filed 05/13/10    Entered 05/13/10 11:49:34    Desc Main
Document      Page 2 of 11

CASE NAME: In re KISMIF PROPERTIES LLC  
CASE NUMBER: 08-83068

MONTHLY OPERATING REPORTS  
COMPARATIVE BALANCE SHEETS

| LIABILITIES & STOCKHOLDERS' EQUITY | PETITION DATE 11/26/2008 | MONTH ENDING 1/31/2010 | MONTH ENDING 2/28/2010 | MONTH ENDING 3/31/2010 | MONTH ENDING 4/30/2010 | MONTH ENDING 5/31/2010 | MONTH ENDING 6/30/2010 |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| Post Petition Liabilities (Sched. C) | 0 | | | | | | |
| Pre Petition Liabilities | | | | | | | |
| Notes Payable - Secured | 2,369,773 | | | | | | |
| Priority Debt | 32,471 | | | | | | |
| Unsecured Debt | 2,028 | | | | | | |
| Other | | | | | | | |
| Total Pre Petition Liabilities | 2,404,271 | | | | | | |
| **Total Liabilities** | 2,404,271 | | | | | | |
| **EQUITY** | | | | | | | |
| Preferred Stock | 0 | | | | | | |
| Common Stock | 0 | | | | | | |
| Paid-In Capital | 0 | | | | | | |
| Member's Equity | (1,546,516) | | | | | | |
| Through Filing Date | 0 | | | | | | |
| Post Filing Date | 0 | | | | | | |
| Total Current Earnings (11/26/08 - Present) | 0 | | | | | | |
| Less Treasury Stock | 0 | | | | | | |
| **Total Equity** | (1,546,516) | | | | | | |
| **TOTAL LIABILITIES & EQUITY** | 857,755 | | | | | | |

CASE NAME: In re KISMIF PROPERTIES LLC  
CASE NUMBER: 08-83068  

STATEMENT OF INCOME (LOSS)  

FORM OPR-2

| | MONTH ENDING THRU 7/31/09 | MONTH ENDING 1/31/2010 | MONTH ENDING 2/28/2010 | MONTH ENDING 3/31/2010 | MONTH ENDING 4/30/2010 | MONTH ENDING 5/31/2010 | YEAR TO DATE 5/31/2010 |
|---|---|---|---|---|---|---|---|
| NET REVENUE (INCOME) | 52,635 | | | | | | |
| **COST OF GOODS SOLD** | | | | | | | |
| Materials | | | | | | | |
| Labor - Direct | | | | | | | |
| Manufacturing Overhead | | | | | | | |
| Total Cost of Goods Sold | | | | | | | |
| **GROSS PROFIT** | 52,635 | | | | | | |
| **OPERATING EXPENSES** | | | | | | | |
| Selling & Marketing | | | | | | | |
| Salaries | | | | | | | |
| Property Tax | 2,181 | | | | | | |
| Property Insurance | 5,395 | | | | | | |
| Other - Maintenance and Supplies | 16,127 | | | | | | |
| Other - Maintenance and Supplies for WCS | 981 | | | | | | |
| Total Operating Expenses | 24,684 | | | | | | |
| **OTHER EXPENSES** | | | | | | | |
| Quarterly Fees | 1,625 | | | | | | |
| Biennial Report Fee For LLC (Sec of State) | 10 | | | | | | |
| Depreciation | | | | | | | |
| Interest | | | | | | | |
| Attorney's Fees | | | | | | | |
| Other Professional Fees | | | | | | | |
| Total Other Expenses | 1,635 | | | | | | |
| Total Expenses | 26,319 | | | | | | |
| **NET INCOME (LOSS)** | 26,316 | | | | | | |

CASE NAME: In re KISMIF PROPERTIES LLC  
CASE NUMBER: 08-83068

STATEMENT OF SOURCE AND USE OF CASH  FORM OPR-3

| | MONTH ENDING THRU 7/31/09 | MONTH ENDING 1/31/2010 | MONTH ENDING 2/28/2010 | MONTH ENDING 3/31/2010 | MONTH ENDING 4/30/2010 | MONTH ENDING 5/31/2010 | YEAR TO DATE 5/31/2010 |
|---|---|---|---|---|---|---|---|
| **CASH DIFFERENCE** | | | | | | | |
| Current Ending Cash Balance | | | | | | | |
| Less Ending Prior Month Balance | | | | | | | |
| **NET CASH INCREASE(DECREASE)** | | | | | | | |
| **SOURCES OF CASH** | | | | | | | |
| Income (Loss) From Operations | | | | | | | |
| Add: Non-cash items (Depr. & Amort.) | | | | | | | |
| Cash Generated From Operations | | | | | | | |
| Add: Decrease in Assets | | | | | | | |
| Accounts Receivable | | | | | | | |
| Inventory | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Property, Plant & Equipment | | | | | | | |
| Other Current Assets | | | | | | | |
| Other Assets | | | | | | | |
| Increase in Liabilities: | | | | | | | |
| Post Petition Liabilities | | | | | | | |
| Pre Petition Liabilities | | | | | | | |
| **TOTAL SOURCES OF CASH** | | | | | | | |
| **USE OF CASH** | | | | | | | |
| Subtract: Increase in Assets | | | | | | | |
| Accounts Receivable | 0 | | | | | | |
| Inventory | 0 | | | | | | |
| Prepaid Expenses | 0 | | | | | | |
| Property, Plant & Equipment | 0 | | | | | | |
| Other Current Assets | 0 | | | | | | |
| Other Assets | 0 | | | | | | |
| Decrease in Liabilities: | | | | | | | |
| Post Petition Liabilities | 0 | | | | | | |
| Pre Petition Liabilities | | | | | | | |
| **TOTAL USE OF CASH** | 0 | | | | | | |
| **NET CASH INCREASE (DECREASE)** | | | | | | | |

CASE NAME: In re KISMIF PROPERTIES LLC
CASE NUMBER: 08-83068         SCHEDULE OF ACCOUNTS RECEIVABLE AGING         SCHEDULE A

|  |  | TOTAL ACCOUNTS RECEIVABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|---|---|---|
| Date of Filing: | 11/26/2008 | 0 | 0 | 0 | 0 | 0 | 0 |
| % of Total |  | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: | 1/31/2010 | 0 |  |  |  | 0 | 0 |
| % of Total |  | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: | 2/28/2010 | 0 | 0 | 0 | 0 | 0 | 0 |
| % of Total |  | 100% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Month: | 3/31/2010 |  | 0 | 0 | 0 | 0 | 0 |
| % of Total |  | 100% | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! |
| Month: | 4/30/2010 |  | 0 | 0 | 0 | 0 | 0 |
| % of Total |  | 100% | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! |
| Month: | 5/31/2010 |  | 0 | 0 | 0 | 0 | 0 |
| % of Total |  | 100% | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! |
| Month: | 6/30/2010 |  | 0 | 0 | 0 | 0 | 0 |
| % of Total |  | 100% | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! |

CASE NAME: In re KISMIF PROPERTIES LLC  SCHEDULE OF FIXED ASSETS  SCHEDULE B
CASE NUMBER: 08-83068

| | FILING DATE 11/26/2008 | MONTH 1/31/2010 | MONTH 2/28/2010 | MONTH 3/31/2010 | MONTH 4/30/2010 | MONTH 5/31/2010 |
|---|---|---|---|---|---|---|
| FIXED ASSETS: | | | | | | |
| Buildings | | 852,500 | | | | |
| Land | | | | | | |
| Improvements | | | | | | |
| Office Furniture | | | | | | |
| Office Equipment | | | | | | |
| Computer Equipment | | | | | | |
| Shop Machinery | | | | | | |
| Shop Equipment | | | | | | |
| Automobiles | | | | | | |
| Vans | | | | | | |
| Trucks | | | | | | |
| Trailers | | | | | | |
| Heavy Equipment | | | | | | |
| Other Vehicles | | | | | | |
| Major Tools | | | | | | |
| Boat & Airplane | | | | | | |
| Warehouse Equipment | | | | | | |
| Other | | | | | | |
| | | | | | | |
| Fair market valuation in progress | | | | | | |
| This valuation represents book value. | | | | | | |
| | | | | | | |
| TOTAL FIXED ASSETS | 0 | 852,500 | 0 | 0 | 0 | 0 | 0 |

CASE NAME: In re KISMIF PROPERTIES LLC      SCHEDULE OF POST PETITION DEBT     SCHEDULE C
CASE NUMBER: 08-83068

| | MONTH 12/31/2008 | MONTH 1/31/2010 | MONTH 2/28/2010 | MONTH 3/31/2010 | MONTH 4/30/2010 | MONTH 5/31/2010 |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | | | | | | |
| TAXES PAYABLE: | | | | | | |
|   Federal Payroll Taxes | 0 | | | | | |
|   State Payroll Taxes | 0 | | | | | |
|   State Sales Taxes | 0 | | | | | |
|   Local Payroll Taxes | 0 | | | | | |
|   Real Estate & Pers. Prop. Taxes | | | | | | |
|   Other: | | | | | | |
| TOTAL TAXES PAYABLE | 0 | 0 | 0 | 0 | 0 | 0 |
| OTHER LIABILITIES: | 0 | | | | | |
|   Post Petition Secured Debt | | | | | | |
|   Accrued Interest Payable | | | | | | |
|   Other Accrued Liabilities | | | | | | |
| TOTAL OTHER LIABILITIES | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL POST PETITION DEBT | 0 | 0 | 0 | 0 | 0 | 0 |

CASE NAME: In re KISMIF PROPERTIES LLC  
CASE NUMBER: 08-83068

(revised 3-94)  
Schedule D  
Page 1 of 2

## SUMMARY OF SIGNIFICANT ITEMS
### Month of APRIL

**1. Insurance Coverage**

| | Carrier/agent Name | Amount of Coverage | Policy Expiration Date | Premium Paid thru Date |
|---|---|---|---|---|
| Workers' Compensation | | 0 | | |
| General Liability | | 0 | | |
| Excess Liability | | 0 | | |
| Fire & Extended Coverage | | 0 | | |
| Vehicle Liability | | 0 | | |
| Vehicle Collision | | 0 | | |
| Theft | | 0 | | |
| Other(specify) | | 0 | | |

Certificate of Insurance Attached

**2. Statement of Payments of Secured Creditors**
(list all payments made to secured creditors during the month & the purpose
for such payment, i.e. Court ordered adequate protection cash collateral payments)

| Payee | Description | Amount Paid this Month | Total Paid Post petition |
|---|---|---|---|
| | | | |

**3. Tax Payments Made This Month  (Not Accruals)  (attach copies of tax receipts or checks)**

| | Date Paid | Amount Paid | Post Petition Taxes Still Unpaid(agrees to Sch. C) |
|---|---|---|---|
| Federal Payroll W/H Taxes | | | |
| Federal Payroll W/H Taxes | | | |
| Federal Payroll W/H Taxes | | | |
| Federal Payroll W/H Taxes | | | |
| Fed. Unemployment Taxes | | | |
| State Payroll W/H Taxes | | | |
| State Unemployment Taxes | | | |
| State Sales & Use Taxes | | | |
| Property Taxes | | | |
| Other | | | |

CASE NAME: In re KISMIF PROPERTIES LLC  
CASE NUMBER: 08-83068

revised 10-96  
Schedule D  
Page 2 of 2

## SUMMARY OF SIGNIFICANT ITEMS
### Month of APRIL

4. <u>Compensation Payments Made This Month (Not Accruals)</u>  
(List all payments made to owners of proprietorships; partners of partnerships; officers, directors and shareholders of corporations)

| Name | Amount | Date of Court Order Authorizing Payment |
|---|---|---|

NONE

5. Payments Made This Month To Professionals (Not Accruals)

| Professional | Amount | Date of Court Order Authorizing Payment |
|---|---|---|
| Attorney(s) | | |
| Accountant(s) | | |
| Management Co.(s) | | |
| Appraiser(s) | | |
| Other (specify) | | |

6. Record of Disbursement and Payment of Quarterly Fees

| Period Ending | *Total Disbursements | Quarterly Totals | Quarterly Fee ** | Date Paid | Amount Paid | Check Number |
|---|---|---|---|---|---|---|
| January-10 | $ 5,149 | | | | | |
| February-10 | $ 10,378 | | | | | |
| March-10 | $ 17,834 | | | | | |
| April-10 | $ 10,174 | | | | | |
| May-10 | | | | | | |
| June-10 | | | | | | |
| July-10 | | | | | | |
| August-10 | | | | | | |
| September-10 | | | | | | |
| October-09 | $ 6,385 | | | | | |
| November-09 | $ 6,914 | | | | | |
| December-09 | $ 9,831 | $ 23,130 | $ 650 | 1/26/2010 | $ 650 | 3248 |

* Each month list the total money spent for all purposes. At the end of the quarter, add the monthly totals. This is the amount used to compute the quarterly fee due the U.S. Trustee, from the table below.



```
SECURITY
NATIONAL BANK
Member FDIC
P.O. Box 31400
Omaha, Nebraska 68131-0400
402-344-7300
www.snbconnect.com
```

```
                                                                    PAGE:    1
                         ACCOUNT:                                   04/30/2010
                         DOCUMENTS:                        24


              KISMIF PROPERTIES LLC                              30-0
              1321 JONES ST                                         6
              OMAHA NE   68102-3233                                18


======================================================================
**********************************************************************
*PROTECT YOUR BUSINESS CHECKING ACCOUNT AGAINST FRAUD WITH POSITIVE PAY.*
*    CALL A CASH MANAGEMENT SPECIALIST AT 221-0138 FOR DETAILS TODAY!    *
**********************************************************************

======================================================================
                    SMALL BUSINESS ACCOUNT
======================================================================

                          LAST STATEMENT 03/31/10          2,915.83
                               6 CREDITS                   8,639.81
                              29 DEBITS                   10,174.31
                          THIS STATEMENT 04/30/10          1,381.33

- - - - - - - - - - DEPOSITS - - - - - - - - - -
REF #.....DATE......AMOUNT  REF #.....DATE......AMOUNT  REF #.....DATE......AMOUNT
          04/05   3,350.00           04/07   1,005.00           04/26   1,366.67
          04/06   2,498.14           04/16     320.00           04/27     100.00

- - - - - - - - - - CHECKS - - - - - - - - - -
CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT
 3275*04/01   2,272.65       3284 04/06   2,287.24       3290 04/12     240.83
 3279 04/06      50.00       3285 04/08     222.00       3291 04/09     185.00
 3280 04/13     200.00       3286 04/12     107.00       3292 04/16     250.00
 3281 04/05     150.00       3287 04/13     536.96       3293 04/16     320.00
 3282 04/07      40.00       3288 04/13     744.10       3294 04/22     181.00
 3283 04/19   1,035.36       3289 04/09      60.00       3295 04/27     126.09

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - - OTHER DEBITS - - - - - - - -
DESCRIPTION                                                  DATE        AMOUNT
54018 POS DDA W/D MENARDS 3082 COUNCIL BLUFF IA US           04/01        87.02
   009123690910
67770 POS DDA W/D BRIGGS INC OF OMAH 402-3303400 NE US       04/02        93.92
   009127091303
HARLAND CLARKE CHK ORDERS 021 10095087970                    04/07        16.15
                      * * *  C O N T I N U E D  * * *
```

THE FINANCE CHARGE IS COMPUTED ON THE PRINCIPAL BALANCE EACH DAY BY APPLICATION OF THE DAILY PERIODIC RATE   NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION



**SECURITY NATIONAL BANK**
Member FDIC
P.O. Box 31400
Omaha, Nebraska 68131-0400
402-344-7300
www.snbconnect.com

PAGE: 2
04/30/2010
ACCOUNT:
DOCUMENTS: 24

## KISMIF PROPERTIES LLC

==================================================================
                    SMALL BUSINESS ACCOUNT
==================================================================

- - - - - - - - - OTHER DEBITS - - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| 35767 POS DDA W/D THE HOME DEPOT #32 OMAHA NE US 009722010179 | 04/08 | 118.87 |
| 37490 POS DDA W/D OPPD - SOUTH OFFIC 402-5364131 NE US 009825098248 | 04/09 | 52.22 |
| 64618 POS DDA W/D MENARDS 3082 COUNCIL BLUFF IA US 010026691000 | 04/12 | 30.31 |
| 93181 POS DDA W/D BAG N SAVE 15 OMAHA NE US 010426103014 | 04/14 | 23.52 |
| 64912 POS DDA W/D MENARDS 3082 COUNCIL BLUFF IA US 010721691070 | 04/19 | 179.27 |
| 83298 POS DDA W/D MENARDS 3082 COUNCIL BLUFF IA US 010828691081 | 04/19 | 258.54 |
| 1004 POS DDA W/D SMART CHOICE CARPE OMAHA NE US 011023124714 | 04/21 | 301.26 |
| SERVICE CHARGE | 04/30 | 5.00 |

- - - - - - - DAILY BALANCE - - - - - - -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 04/01 | 556.16 | 04/09 | 4,133.90 | 04/21 | 226.75 |
| 04/02 | 462.24 | 04/12 | 3,755.76 | 04/22 | 45.75 |
| 04/05 | 3,662.24 | 04/13 | 2,274.70 | 04/26 | 1,412.42 |
| 04/06 | 3,823.14 | 04/14 | 2,251.18 | 04/27 | 1,386.33 |
| 04/07 | 4,771.99 | 04/16 | 2,001.18 | 04/30 | 1,381.33 |
| 04/08 | 4,431.12 | 04/19 | 528.01 | | |

THE FINANCE CHARGE IS COMPUTED ON THE PRINCIPAL BALANCE EACH DAY BY APPLICATION OF THE DAILY PERIODIC RATE   NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION